## IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2992 Disciplinary Docket No. 3 |
| | : |
| MARC W. NUZZO A/K/A MARC WILLIAM NUZZO | : No. 98 DB 2023 |
| | : |
| | : (Court of Common Pleas of McKean |
| | : County, Criminal Division, CP-42-CR- |
| | : 0000175-2019) |
| | : |
| | : Attorney Registration No. 89065 |
| | : |
| | : (Out of State) |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 28th day of July, 2023, the Joint Petition to Temporarily Suspend an Attorney is granted, and Marc W. Nuzzo a/k/a Marc William Nuzzo is placed on temporary suspension. *See* Pa.R.D.E. 214(d)(5). Respondent shall comply with the provisions of Pa.R.D.E. 217.